

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | | |
|---|---|---|
| DEREK HASSAN PRIDE, | § | No. 08-16-00313-CR |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 112th District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Upton County, Texas |
| | § | |
| Appellee. | § | (TC# 15-09-U1083-DPO) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF JUNE, 2018.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.